```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 03525
    MARTHA CALHOUN
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

        Debtor
    SSN XXX-XX-3367
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

  The case was filed on 02/15/2008 and was not confirmed.

  The case was converted to chapter 11 without confirmation 03/13/2008.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| STEVEN R RAPPIN | NOTICE ONLY | NOT FILED | .00 | .00 |
| ALEX DOYLE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| BANK OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE | UNSECURED | NOT FILED | .00 | .00 |
| COMMUNITY INVESTMENT COR | UNSECURED | NOT FILED | .00 | .00 |
| DUTCH HOLLOW LAKE PROPER | UNSECURED | NOT FILED | .00 | .00 |
| FIRST MIDWEST BANK | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| JOE T IGNATIOUS | UNSECURED | NOT FILED | .00 | .00 |
| JOE T IGNATIOUS | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF MAYWOOD | UNSECURED | NOT FILED | .00 | .00 |
| VISTA TRUST | UNSECURED | NOT FILED | .00 | .00 |
| WOMENS HEALTH CENTER | UNSECURED | NOT FILED | .00 | .00 |
| BRANDON WOOD | NOTICE ONLY | NOT FILED | .00 | .00 |
| JOSEPH IGNATIOUS | NOTICE ONLY | NOT FILED | .00 | .00 |
| JOSEPH IGNATIOUS | NOTICE ONLY | NOT FILED | .00 | .00 |
| CHASE MANHATTAN MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE MANHATTAN MORTGAGE | SECURED NOT I | .00 | .00 | .00 |
| CHASE MANHATTAN MORTGAGE | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL SERVICE CENTER | SECURED NOT I | .00 | .00 | .00 |
| WELLS FARGO HOME MORTGAG | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MORTGAG | SECURED NOT I | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| TOWN OF WOODLAND | PRIORITY | NOT FILED | .00 | .00 |
| QUERREY & HARROW | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

        Summary of Receipts and Disbursements:

---
                        RECEIPTS          DISBURSEMENTS
---

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 03525 MARTHA CALHOUN

```
TRUSTEE                                                 .00

PRIORITY                                                               .00
SECURED                                                                .00
UNSECURED                                                              .00
ADMINISTRATIVE                                                         .00
TRUSTEE COMPENSATION                                                   .00
DEBTOR REFUND                                                          .00
                                         ---------------   ---------------
TOTALS                                               .00               .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                       /s/ Tom Vaughn
     Dated: 09/04/08                   _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE










                              PAGE   2
          CASE NO. 08 B 03525 MARTHA CALHOUN