# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
CALHOUN, MARTHA § Case No. 08-03525 SPS
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter 11 of the United States Bankruptcy Code on 02/15/2009 . The undersigned trustee was appointed on 04/21/2009 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $      11,997.76

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Administrative expenses | 0.00 |
   | Payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]      $ | 11,997.76 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) (Page: 1)

6. The deadline for filing claims in this case was 08/31/2009 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,949.78 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,949.78 , for a total compensation of $ 1,949.78 . In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 16.45 , for total expenses of $ 16.45 .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/09/2009               By:/s/R. SCOTT ALSTERDA, TRUSTEE
                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

Case No: 08-03525 SPS  Judge: SUSAN PIERSON SONDERBY
Case Name: CALHOUN, MARTHA

Trustee Name: R. SCOTT ALSTERDA, TRUSTEE
Date Filed (f) or Converted (c): 02/15/09 (f)
341(a) Meeting Date: 05/26/09

For Period Ending: 11/11/09

Claims Bar Date: 08/31/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY 619 S. Taylor, Oak Park | 115,000.00 | 0.00 | DA | 0.00 | FA |
| 2. REAL PROPERTY 7337 S. South Shore Dr | 47,000.00 | 0.00 |  | 11,996.04 | FA |
| 3. REAL PROPERTY E 2670 Clubhouse Dr, LaValle, WI | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 4. CHECKING ACCOUNT ...7275 | 100.00 | 0.00 | DA | 0.00 | FA |
| 5. CHECKING ACCOUNT ...4431 | 100.00 | 0.00 | DA | 0.00 | FA |
| 6. CHECKING ACCOUNT ...3813 | 100.00 | 0.00 | DA | 0.00 | FA |
| 7. HOUSEHOLD GOODS | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8. WEARING APPAREL | 250.00 | 0.00 | DA | 0.00 | FA |
| 9. INSURANCE POLICIES United Investors $100,000 term | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. STOCK 50% member 1010 South First Ave., LLC | 0.00 | 0.00 | DA | 0.00 | FA |
| 11. OTHER MISCELLANEOUS IDPA Foster Home License | 1.00 | 0.00 | DA | 0.00 | FA |
| 12. VEHICLES 1998 Jaguar VDL (not operating) | 7,300.00 | 0.00 | DA | 0.00 | FA |
| 13. Post-Petition Interest Deposits (u) | Unknown | 0.00 | DA | 1.72 | 0.00 |

TOTALS (Excluding Unknown Values)  $175,851.00  $0.00  $11,997.76

Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 11/20/09   Current Projected Date of Final Report (TFR): 11/20/09

/s/ R. SCOTT ALSTERDA, TRUSTEE
_____ Date: 11/10/09
R. SCOTT ALSTERDA, TRUSTEE

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 08-03525 -SPS | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | CALHOUN, MARTHA | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5320  BofA - Money Market Account |
| Taxpayer ID No: | *******4781 | | |
| For Period Ending: | 11/11/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/06/09 | 2 | Querrey & Harrow<br>Client Fund Account<br>175 West Jackson Blvd., Suite 1600<br>Chicago, IL 60604-2827 | Sale/Settlement Proceeds | 1110-000 | 11,996.04 | | 11,996.04 |
| 05/29/09 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.19 | | 11,996.23 |
| 06/30/09 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.31 | | 11,996.54 |
| 07/31/09 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.31 | | 11,996.85 |
| 08/31/09 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.31 | | 11,997.16 |
| 09/30/09 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.30 | | 11,997.46 |
| 10/30/09 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.30 | | 11,997.76 |

Total Of All Accounts    11,997.76

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

| Case Number: | 08-03525 | | Page 1 | | Date: November 10, 2009 |
|---|---|---|---|---|---|
| Debtor Name: | CALHOUN, MARTHA | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000019 001 3110-00 | Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>70 W. Madison<br>Chicago, IL 60602 | Administrative | | $0.00 | $3,831.50 | $3,831.50 |
| 000020 001 3120-00 | Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>70 W. Madison<br>Chicago, IL 60602 | Administrative | | $0.00 | $29.69 | $29.69 |
| 000003 070 7100-00 | ROUNDUP FUNDING, L.L.C.<br>MS 550<br>PO Box 91121<br>SEATTLE, WA 98111-9221 | Unsecured | Transfer of Claim. Transferor: Chase Bank USA (Claim No. 3, Amount 10,928.34) to Roundup Funding, L.L.C.. Filed by Roundup Funding, L.L.C. Objections due by 03/13/2009. (Tran, Lunh) Status: Transfer | $0.00 | $10,928.34 | $10,928.34 |
| 000004 070 7100-00 | eCast Settlement Corporation<br>P.O. Box 35480<br>Newark, NJ 07193-5480 | Unsecured | Transfer of Claim. Transferor: FIA Card Service NA (Claim No. 4, Amount 811.87) To eCAST Settlement Corporation. Filed by Ecast Settlement Corporation. Objections due by 10/21/2009). | $0.00 | $811.87 | $811.87 |
| 000005 070 7100-00 | LVNV Funding LLC as assignee of American Express<br>c/o Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | Unsecured | (5-1) Credit Card Debt<br>Joint Transfer of Claim. Transferor: American Express Centurion Bank (Claim No. 5, Amount 2,215.55) To LVNV Funding LLC as assignee of American Express. Filed by LVNV Funding LLC its successors and assigns as assignee of American Express Centurion Bank. Objections due by 05/21/2009. | $0.00 | $2,215.55 | $2,215.55 |
| 000006 070 7100-00 | eCAST Settlement Corporation<br>assignee of<br>Citibank USA NA HOME DEPOT<br>POB 35480<br>Newark NJ 07193-5480 | Unsecured | (6-1) Credit Card Debt | $0.00 | $3,663.86 | $3,663.86 |
| 000008 070 7100-00 | Sprint Nextel - Distributions<br>Attn: Bankruptcy Department<br>P.O. Box 172408<br>Denver, CO 80217-2408 | Unsecured | | $0.00 | $1,580.65 | $1,580.65 |
| 000009 070 7100-00 | Dutch Hollow Lake Property Owners Association, Inc.<br>c/o Stephen D Chiquoine<br>P O box 399<br>Racine Wi 53959 | Unsecured | | $0.00 | $639.61 | $639.61 |
| 000010 070 7100-00 | eCAST Settlement Corporation<br>assignee of<br>FIA Card Services aka Bank of America<br>POB 35480<br>Newark NJ 07193-5480 | Unsecured | (10-1) Credit Card Debt<br>Withdrawal of Claim(s): 10 Filed by eCAST Settlement Corporation assignee of FIA Card Services aka Bank of America. (Lee, Thomas))<br>Status: Withdrawn | $0.00 | $811.87 | $811.87 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

| Case Number: 08-03525 | | Page 2 | | | Date: November 10, 2009 |
| Debtor Name: CALHOUN, MARTHA | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class / Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|
| 000011 070 7100-00 | Citibank (South Dakota), N.A. DBA: Home Depot P O BOX 9025 Des Moines, IA 50368 | Unsecured | $0.00 | $2,562.51 | $2,562.51 |
| 000013 070 7100-00 | Governors State University 1 University Parkway University Park IL | Unsecured Docketed on Wrong Case (Modified on 10/13/09). Status: Withdrawn | $0.00 | $953.00 | $953.00 |
| 000014 070 7100-00 | eCAST Settlement Corporation assignee of FIA Card Services aka Bank of America POB 35480 Newark NJ 07193-5480 | Unsecured Withdrawal of Claim(s): 14 Filed by eCAST Settlement Corporation assignee of FIA Card Services aka Bank of American (Lee, Thomas) Status: Withdrawn | $0.00 | $811.87 | $811.87 |
| 000015 070 7100-00 | eCAST Settlement Corporation assignee of Citibank USA NA HOME DEPOT POB 35480 Newark NJ 07193-5480 | Unsecured Withdrawl of Claim(s): 15 Filed by eCAST Settlement Corporation assignee of Citibank USA NA/HOME DEPOT, (Lee, Thomas) Status: Withdrawn | $0.00 | $3,663.86 | $3,663.86 |
| 000001 050 4210-00 | Jaguar National Bankruptcy Service Center PO Box 537950 Livonia, MI 48153-9950 | Secured Status: Withdrawn | $0.00 | $1,642.26 | $1,642.26 |
| 000002 050 4110-00 | JPMorgan Chase Bank PO Box 24603 Attn Bkcy Dept Columbus OH 43219 | Secured (2-1) 100001414511562102 (100368205) (2-1) &lt;b&gt;Modified to correct creditors address&lt;/b&gt; (Modified on 04/02/2008) Status: Withdrawn | $0.00 | $42,737.68 | $42,737.68 |
| 000007 050 4120-00 | Village of Maywood Community Develp Dept Attn Ofelia B Cala 40 Madison St. Maywood, IL 60153 | Secured Status: Withdrawn | $0.00 | $6,041.10 | $6,041.10 |
| 000012 050 4110-00 | Vista Trust c/o Heller and Frisone, Ltd. 33 N. LaSalle St., Suite 1200 Chicago, IL 60602 | Secured Status: Withdrawn | $0.00 | $21,434.00 | $21,434.00 |
| 000016 050 4110-00 | Vista Trust c/o Heller and Frisone, Ltd. 33 N. LaSalle St., Suite 1200 Chicago, IL 60602 | Secured Status: Secured | $0.00 | $21,434.00 | $21,434.00 |
| 000017 050 4110-00 | Wells Fargo Home Mortgage 3476 Stateview Blvd. MAC #X7801-014 Fort Mill, SC 29715 | Secured (17-1) Loan No. 936 xxxxxx8511 iao $163,372.95 Status: Secured | $0.00 | $163,372.95 | $163,372.95 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: 08-03525 | | Page 3 | | | Date: November 10, 2009 |
| Debtor Name: CALHOUN, MARTHA | | Claim Class Sequence | | | |
|---|---|---|---|---|---|
| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| 000018<br>050<br>4110-00 | JPMorgan Chase Bank<br>3415 Vision Drive<br>Columbus, OH 43219 | Secured<br><br>Claim # 18 is entered as claim #2-2 (Modified on 10/15/09)<br>Status: Withdrawn | | $0.00 | $42,737.68 | $42,737.68 |
| | Case Totals: | | | $0.00 | $331,903.85 | $331,903.85 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-03525 SPS
Case Name: CALHOUN, MARTHA
Trustee Name: R. SCOTT ALSTERDA, TRUSTEE

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: R. SCOTT ALSTERDA, TRUSTEE | $ 1,949.78 | $ 16.45 |
| Attorney for trustee: Ungaretti & Harris LLP | $ 3,831.50 | $ 29.69 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: | $ | $ |
| Other: | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 22,402.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 21.5 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000003 | ROUNDUP FUNDING, L.L.C. | $ 10,928.34 | $ 3,010.02 |
| 000004 | eCast Settlement Corporation | $ 811.87 | $ 223.62 |

UST Form 101-7-TFR (9/1/2009) (Page: 9)

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000005 | LVNV Funding LLC as assignee of American Express | $ 2,215.55 | $ 610.23 |
| 000006 | eCAST Settlement Corporation assignee of Citibank USA NA Home Depot | $ 3,663.86 | $ 1,009.15 |
| 000008 | Sprint Nextel - Distributions | $ 1,580.65 | $ 435.36 |
| 000009 | Dutch Hollow Lake Property Owners Association Inc | $ 639.61 | $ 176.17 |
| 000011 | Citibank (South Dakota), N.A. | $ 2,562.51 | $ 705.79 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .