## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| CALHOUN, MARTHA | § § | Case No. 08-03525 |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that R. SCOTT ALSTERDA, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                       KENNETH S. GARDNER
                       CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 01/12/2010 in Courtroom 642,
                  United States Courthouse
                  219 South Dearborn Street
                  Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: /s/ R. SCOTT ALSTERDA, TRUSTEE

*R. SCOTT ALSTERDA, TRUSTEE*
*3500 THREE FIRST NATIONAL PLAZA*
*70 WEST MADISON AVENUE*
*CHICAGO, IL 60602-4283*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CALHOUN, MARTHA | § | Case No. 08-03525 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 11,997.76 |
| *and approved disbursements of* | $ | 0.00 |
| *leaving a balance on hand of*[1] | $ | 11,997.76 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: R. SCOTT ALSTERDA, TRUSTEE | $ 1,949.78 | $ 16.45 |
| Attorney for trustee: Ungaretti & Harris LLP | $ 3,831.50 | $ 29.69 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Other: | | $ | $ |
| Other: | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 22,402.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 21.5 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000003 | ROUNDUP FUNDING, L.L.C. | $ 10,928.34 | $ 3,010.02 |
| 000004 | eCast Settlement Corporation | $ 811.87 | $ 223.62 |

UST Form 101-7-NFR (9/1/2009) (Page: 3)

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000005 | LVNV Funding LLC as assignee of American Express | $ 2,215.55 | $ 610.23 |
| 000006 | eCAST Settlement Corporation assignee of Citibank USA NA Home Depot | $ 3,663.86 | $ 1,009.15 |
| 000008 | Sprint Nextel - Distributions | $ 1,580.65 | $ 435.36 |
| 000009 | Dutch Hollow Lake Property Owners Association, Inc | $ 639.61 | $ 176.17 |
| 000011 | Citibank (South Dakota), N.A. | $ 2,562.51 | $ 705.79 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/ R. SCOTT ALSTERDA, TRUSTEE

*R. SCOTT ALSTERDA, TRUSTEE*
*3500 THREE FIRST NATIONAL PLAZA*
*70 WEST MADISON AVENUE*
*CHICAGO, IL 60602-4283*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: vbrown                Page 1 of 2                   Date Rcvd: Dec 07, 2009
Case: 08-03525                Form ID: pdf006             Total Noticed: 45

The following entities were noticed by first class mail on Dec 09, 2009.
db         +Martha Calhoun,    619 S. Taylor St.,    Oak Park, IL 60304-1621
aty        +Beverly A Berneman,    Querrey & Harrow, Ltd.,    175 West Jackson Boulevard,    Suite 1600,
             Chicago, IL 60604-2686
aty        +John M Brom,    Querrey & Harrow, Ltd.,    175 West Jackson Boulevard,    Suite 1600,
             Chicago, IL 60604-2686
aty         Patrick F Ross,    Ungaretti & Harris LLP,    3500 Three First National Plaza,    Chicago, IL 60602
aty        +Querry & Harrow LTD,    175 West Jackson Boulevard Ste 1600,    Chicago, IL 60604-2686
aty        +Robert R Benjamin,    Querrey & Harrow, Ltd.,    175 West Jackson Boulevard,    Suite 1600,
             Chicago, IL 60604-2686
tr          R Scott Alsterda,    Ungaretti & Harris LLP,    3500 Three First National Plaza,
             Chicago, IL  60602
11955243   +Alex Doyle,    c/o Caroline Longstreet,    111 W. Jackson Blvd., 3d Fl.,    Chicago, IL 60604-3589
11955244    American Express,    PO Box 981535,    El Paso, TX 79998-1535
12150470    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11955245    Bank of America,    PO Box 15026,    Wilmington, DE 19850-5026
11955246   +Brandon Wood,    7337 South Shore Drive, Unit 819,    Chicago, IL 60649-3527
12112999   +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
11955248    Chase,   PO Box 15298,    Wilmington, DE 19850-5298
11955247   +Chase,    Home Equity Loan Servicing,    PO Box 24714,    Columbus, OH 43224-0714
12276091   +Citibank (South Dakota), N.A,    DBA: Home Depot,    P O BOX 9025,    Des Moines, IA 50368-0001
11955249   +Community Investment Corp.,    c/o Hauselman, Robbin & Olswang Ltd,
             39 S. LaSalle St., Suite 1105,    Chicago, IL 60603-1720
11955250    Department of Treasury,    Internal Revenue Service,    PO Box 9019,    Oak Park, IL 60304
11955251   +Dutch Hollow Lake Property Owners,    Association, Inc.,    c/o Stephen D Chiquoine,    P O box 399,
             Racine Wi 53401
12118536   +FIA Card Services NA,    Bank of America NA (USA),    Attn Mr BK - 1000 Samoset Dr,    DE5-023-03-03,
             Newark, DE 19713-6000
11955252   +First Midwest Bank,    Trust Division,    2801 W. Jefferson St.,    Joliet, IL 60435-5299
13568726   +Governors State University,    1 University Parkway,    University Park IL 60484-0975
11955253    Home Depot Credit Services,    PO Box 689100,    Des Moines, IA 50368-9100
12305343  ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
             PHILADELPHIA PA 19114-0326
             (address filed with court: Department of Treasury,    Internal Revenue Service,
             Centralized Insolvency Operation,    PO Box 21126,    Philadelphia, PA  19114)
12099672   +JPMorgan Chase Bank,    PO Box 24603,    Attn Bkcy Dept,    Columbus OH 43224-0603
14568008    JPMorgan Chase Bank,    Bankruptcy Department,    PO Box 24785,    Columbus, OH 43224-0785
11955254    Jaguar,    National Bankruptcy Service Center,    PO Box 537901,    Livonia, MI 48153-7901
11955256   +Joe T. Ignatius, Debtor,    Robert J. Semrad & Associates,    407 S. Dearborn, 6th Floor,
             Chicago, IL 60605-1136
11955255   +Joe T. Ignatius, Debtor,    Trustee Richard Fogel,    321 N Clark Street Suite 800,
             Chicago, IL 60654-4766
11955257   +Joesph Ignatius,    4706 S. Indiana,    Chicago, IL 60615-1104
11955258    Sprint,    PO Box 541023,    Los Angeles, CA 90054-1023
12227905    Sprint Nextel ? Correspondence,    Attn: Bankruptcy Department,    P.O. Box 7949,
             Overland Park, KS  66207-0949
12227906    Sprint Nextel ? Distribution,    Attn: Bankruptcy Department,    P.O. Box 172408,
             Denver, CO  80217-2408
11955259    Town of Woodland,    Gargy Dieck Treasurer,    E2326 Crandall Drive,    Wonewoc, WI 53968-9645
11955260   +Village of Maywood,    Community Develp Dept,    Attn Ofelia B Cala,    40 Madison St.,
             Maywood, IL 60153-2323
11955261   +Vista Trust,    1569 Sherman, Suite 203,    Evanston, IL 60201-4486
12332898   +Vista Trust,    c/o Heller and Frisone, Ltd.,    33 N. LaSalle St., Suite 1200,
             Chicago, IL 60602-3415
11955262   +Wells Fargo,    PO Box 14411,    Des Moines, IA 50306-3411
14238381   +Wells Fargo Bank, N.A,    1 Home Campus,    MAC ID #X2302-04C,    Des Moines, IA 50328-0001
11955263   +Women's Health Center,    PO Box 4063,    Carol Stream, IL 60197-4063
14513355    eCAST Settlement Corporation,    POB 35480,    Newark NJ 07193-5480
12171082    eCAST Settlement Corporation assignee of,    Citibank USA NA HOME DEPOT,    POB 35480,
             Newark NJ 07193-5480
12231240    eCAST Settlement Corporation assignee of,    FIA Card Services aka Bank of America,    POB 35480,
             Newark NJ 07193-5480

The following entities were noticed by electronic transmission on Dec 07, 2009.
13851956       E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC as assignee of American Express,    c/o Resurgent Capital Services,
               P.O. Box 10587,    Greenville, SC  29603-0587
13549567       E-mail/PDF: BNCEmails@blinellc.com Dec 08 2009 00:10:17       ROUNDUP FUNDING, L.L.C.,    MS 550,
               PO Box 91121,    SEATTLE, WA 98111-9221
                                                                                              TOTAL: 2

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Ungaretti & Harris LLP
                                                                                              TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: vbrown            Page 2 of 2              Date Rcvd: Dec 07, 2009
Case: 08-03525                Form ID: pdf006         Total Noticed: 45
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 09, 2009**               **Signature:**   *Joseph Speetjens*