UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| CALHOUN, MARTHA | § § | Case No. 08-03525 |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

R. SCOTT ALSTERDA, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 128,851.00 | Assets Exempt: 18,951.00 |
| Total Distributions to Claimants: 6,171.08 | Claims Discharged Without Payment: 453,798.96 |
| Total Expenses of Administration: 5,827.42 | |

3) Total gross receipts of $ 11,998.50 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 11,998.50 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009) (Page: 1)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 220,268.14 | $ 21,434.00 | $ 21,434.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 5,827.42 | 5,827.42 | 5,827.42 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1,981.08 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 435,586.57 | 22,402.39 | 22,402.39 | 6,171.08 |
| **TOTAL DISBURSEMENTS** | $ 657,835.79 | $ 49,663.81 | $ 49,663.81 | $ 11,998.50 |

  4) This case was originally filed under chapter 13 on 02/15/2008, converted to chapter 11 on 3/13/2008 and chapter 7 on 4/21/2009. ~~25~~ This case was pending for 36 months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:   03/12/2010              By:/s/R. SCOTT ALSTERDA, TRUSTEE
                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| REAL PROPERTY 7337 S. South Shore Dr | 1110-000 | 11,996.04 |
| Post-Petition Interest Deposits | 1270-000 | 2.46 |
| **TOTAL GROSS RECEIPTS** | | **$ 11,998.50** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Jaguar National Bankruptcy Service Center PO Box 537901 Livonia, MI 48153-7901 | | 1,988.14 | NA | NA | 0.00 |
| Wells Fargo PO Box 14411 Des Moines, IA 50306 | | 171,280.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| VISTA TRUST | 4110-000 | 47,000.00 | 21,434.00 | 21,434.00 | 0.00 |
| TOTAL SECURED CLAIMS | | $ 220,268.14 | $ 21,434.00 | $ 21,434.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| R. SCOTT ALSTERDA, TRUSTEE | 2100-000 | NA | 1,949.78 | 1,949.78 | 1,949.78 |
| R. SCOTT ALSTERDA, TRUSTEE | 2200-000 | NA | 16.45 | 16.45 | 16.45 |
| UNGARETTI & HARRIS LLP | 3110-000 | NA | 3,831.50 | 3,831.50 | 3,831.50 |
| UNGARETTI & HARRIS LLP | 3120-000 | NA | 29.69 | 29.69 | 29.69 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 5,827.42 | $ 5,827.42 | $ 5,827.42 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

UST Form 101-7-TDR (9/1/2009) (Page: 4)

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Department of Treasury Internal Revenue Service PO Box 9019 Oak Park, IL 60304 | | 1,867.00 | NA | NA | 0.00 |
| Town of Woodland Gargy Dieck Treasurer E2326 Crandall Drive Wonewoc, WI 53968-9645 | | 114.08 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ 1,981.08 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Alex Doyle c/o Caroline Longstreet 111 W. Jackson Blvd., 3d Fl. Chicago, IL 60604 | | 0.00 | NA | NA | 0.00 |
| American Express PO Box 981535 El Paso, TX 79998-1535 | | 2,088.15 | NA | NA | 0.00 |
| Bank of America PO Box 15026 Wilmington, DE 19850-5026 | | 755.75 | NA | NA | 0.00 |
| Chase PO Box 15298 Wilmington, DE 19850-5298 | | 10,760.55 | NA | NA | 0.00 |

UST Form 101-7-TDR (9/1/2009) (Page: 5)

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Community Investment Corp. c/o Hauselman, Robbin & Olswang Ltd 39 S. LaSalle St., Suite 1105 Chicago, IL 60603 | | 396,151.14 | NA | NA | 0.00 |
| Dutch Hollow Lake Property Owners Association, Inc. E2670 Clubhouse Drive La Valle, WI 53941-9708 | | 330.00 | NA | NA | 0.00 |
| First Midwest Bank Trust Division 2801 W. Jefferson St. Joliet, IL 60435 | | 651.20 | NA | NA | 0.00 |
| Home Depot Credit Services PO Box 689100 Des Moines, IA 50368-9100 | | 3,449.56 | NA | NA | 0.00 |
| Home Depot Credit Services PO Box 689100 Des Moines, IA 50368-9100 | | 2,490.16 | NA | NA | 0.00 |
| Joe T. Ignatius, Debtor Robert J. Semrad & Associates 407 S. Dearborn, 6th Floor Chicago, IL 60605 | | 0.00 | NA | NA | 0.00 |
| Joe T. Ignatius, Debtor Trustee Richard Fogel 321 N Clark Street Suite 800 Chicago, IL 60610 | | 0.00 | NA | NA | 0.00 |
| Sprint PO Box 541023 Los Angeles, CA 90054-1023 | | 1,219.88 | NA | NA | 0.00 |

UST Form 101-7-TDR (9/1/2009) (Page: 6)

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Village of Maywood Maywood Code Dept. 40 Madison St. Maywood, IL 60153 | | 500.00 | NA | NA | 0.00 |
| Vista Trust 1569 Sherman, Suite 203 Evanston, IL 60201 | | 17,170.18 | NA | NA | 0.00 |
| Women&apos;s Health Center PO Box 4063 Carol Stream, IL 60122 | | 20.00 | NA | NA | 0.00 |
| CITIBANK (SOUTH DAKOTA), N.A | 7100-000 | NA | 2,562.51 | 2,562.51 | 705.88 |
| DUTCH HOLLOW LAKE PROPERTY OWNERS | 7100-000 | NA | 639.61 | 639.61 | 176.19 |
| ECAST SETTLEMENT CORPORATION | 7100-000 | NA | 811.87 | 811.87 | 223.64 |
| ECAST SETTLEMENT CORPORATION ASSIGN | 7100-000 | NA | 3,663.86 | 3,663.86 | 1,009.27 |
| LVNV FUNDING LLC AS ASSIGNEE OF AME | 7100-000 | NA | 2,215.55 | 2,215.55 | 610.31 |
| ROUNDUP FUNDING, L.L.C. | 7100-000 | NA | 10,928.34 | 10,928.34 | 3,010.38 |
| SPRINT NEXTEL - DISTRIBUTIONS | 7100-000 | NA | 1,580.65 | 1,580.65 | 435.41 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | **$ 435,586.57** | **$ 22,402.39** | **$ 22,402.39** | **$ 6,171.08** |

FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1

Exhibit 8

Case No: 08-03525   SPS   Judge: SUSAN PIERSON SONDERBY
Case Name: CALHOUN, MARTHA

For Period Ending: 03/12/10

Trustee Name: R. SCOTT ALSTERDA, TRUSTEE
Date Filed (f) or Converted (c): 02/15/08 (f)
341(a) Meeting Date: 05/26/09
Claims Bar Date: 08/31/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY 619 S. Taylor, Oak Park | 115,000.00 | 0.00 | DA | 0.00 | FA |
| 2. REAL PROPERTY 7337 S. South Shore Dr | 47,000.00 | 0.00 | | 11,996.04 | FA |
| 3. REAL PROPERTY E 2670 Clubhouse Dr, LaValle, WI | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 4. CHECKING ACCOUNT ...7275 | 100.00 | 0.00 | DA | 0.00 | FA |
| 5. CHECKING ACCOUNT ...4431 | 100.00 | 0.00 | DA | 0.00 | FA |
| 6. CHECKING ACCOUNT ...3813 | 100.00 | 0.00 | DA | 0.00 | FA |
| 7. HOUSEHOLD GOODS | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8. WEARING APPAREL | 250.00 | 0.00 | DA | 0.00 | FA |
| 9. INSURANCE POLICIES United Investors $100,000 term | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. STOCK 50% member 1010 South First Ave., LLC | 0.00 | 0.00 | DA | 0.00 | FA |
| 11. OTHER MISCELLANEOUS IDPA Foster Home License | 1.00 | 0.00 | DA | 0.00 | FA |
| 12. VEHICLES 1998 Jaguar VDL (not operating) | 7,300.00 | 0.00 | DA | 0.00 | FA |
| 13. Post-Petition Interest Deposits (u) | Unknown | 0.00 | DA | 2.46 | FA |

TOTALS (Excluding Unknown Values)  $175,851.00   $0.00   $11,998.50

Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Checks issued on January 13, 2010

Initial Projected Date of Final Report (TFR): 12/07/09     Current Projected Date of Final Report (TFR): 12/07/09

/s/   R. SCOTT ALSTERDA, TRUSTEE
_____  Date: 03/12/10
R. SCOTT ALSTERDA, TRUSTEE

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 08-03525 -SPS | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | CALHOUN, MARTHA | Bank Name: | BANK OF AMERICA, N.A. |
| | , | Account Number / CD #: | *******5320  BofA - Money Market Account |
| Taxpayer ID No: | *******4781 | | |
| For Period Ending: | 03/12/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/06/09 | 2 | Querrey & Harrow<br>Client Fund Account<br>175 West Jackson Blvd., Suite 1600<br>Chicago, IL 60604-2827 | Sale/Settlement Proceeds | 1110-000 | 11,996.04 | | 11,996.04 |
| 05/29/09 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.19 | | 11,996.23 |
| 06/30/09 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.31 | | 11,996.54 |
| 07/31/09 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.31 | | 11,996.85 |
| 08/31/09 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.31 | | 11,997.16 |
| 09/30/09 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.30 | | 11,997.46 |
| 10/30/09 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.30 | | 11,997.76 |
| 11/30/09 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.31 | | 11,998.07 |
| 12/31/09 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.31 | | 11,998.38 |
| 01/13/10 | 13 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.12 | | 11,998.50 |
| 01/13/10 | | Transfer to Acct #*******5430 | Final Posting Transfer | 9999-000 | | 11,998.50 | 0.00 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 08-03525 -SPS | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | CALHOUN, MARTHA | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5430 BofA - Checking Account |
| Taxpayer ID No: | *******4781 | | |
| For Period Ending: | 03/12/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/13/10 | | Transfer from Acct #*******5320 | Transfer In From MMA Account | 9999-000 | 11,998.50 | | 11,998.50 |
| 01/13/10 | 003001 | R. SCOTT ALSTERDA, TRUSTEE<br>3500 THREE FIRST NATIONAL PLAZA<br>70 WEST MADISON AVENUE<br>CHICAGO, IL 60602-4283 | Chapter 7 Compensation/Fees | 2100-000 | | 1,949.78 | 10,048.72 |
| 01/13/10 | 003002 | R. SCOTT ALSTERDA, TRUSTEE<br>3500 THREE FIRST NATIONAL PLAZA<br>70 WEST MADISON AVENUE<br>CHICAGO, IL 60602-4283 | Chapter 7 Expenses | 2200-000 | | 16.45 | 10,032.27 |
| 01/13/10 | 003003 | Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>70 W. Madison<br>Chicago, IL 60602 | Claim 000019, Payment 100.00000% | 3110-000 | | 3,831.50 | 6,200.77 |
| 01/13/10 | 003004 | Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>70 W. Madison<br>Chicago, IL 60602 | Claim 000020, Payment 100.00000% | 3120-000 | | 29.69 | 6,171.08 |
| 01/13/10 | 003005 | ROUNDUP FUNDING, L.L.C.<br>MS 550<br>PO Box 91121<br>SEATTLE, WA 98111-9221 | Claim 000003, Payment 27.54654% | 7100-000 | | 3,010.38 | 3,160.70 |
| 01/13/10 | 003006 | eCast Settlement Corporation<br>P.O. Box 35480<br>Newark, NJ 07193-5480 | Claim 000004, Payment 27.54628% | 7100-000 | | 223.64 | 2,937.06 |
| 01/13/10 | 003007 | LVNV Funding LLC as assignee of<br>American Express<br>c/o Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | Claim 000005, Payment 27.54666% | 7100-000 | | 610.31 | 2,326.75 |
| 01/13/10 | 003008 | eCAST Settlement Corporation<br>assignee of<br>Citibank USA NA HOME DEPOT<br>POB 35480<br>Newark NJ 07193-5480 | Claim 000006, Payment 27.54663% | 7100-000 | | 1,009.27 | 1,317.48 |
| 01/13/10 | 003009 | Sprint Nextel - Distributions<br>Attn: Bankruptcy Department<br>P.O. Box 172408<br>Denver, CO 80217-2408 | Claim 000008, Payment 27.54626% | 7100-000 | | 435.41 | 882.07 |
| 01/13/10 | 003010 | Dutch Hollow Lake Property Owners<br>Association, Inc.<br>c/o Stephen D Chiquoine<br>P O box 399<br>Racine Wi 53959 | Claim 000009, Payment 27.54647% | 7100-000 | | 176.19 | 705.88 |
| 01/13/10 | 003011 | Citibank (South Dakota), N.A.<br>DBA: Home Depot<br>P O BOX 9025<br>Des Moines, IA 50368 | Claim 000011, Payment 27.54643% | 7100-000 | | 705.88 | 0.00 |

Total Of All Accounts 0.00